FIRST DEPARTMENT, JULY TERM, 1889.

Appellant.—Judgment and order reversed and new trial ordered, with costs to the defendant to abide event. Opinion by Daniels, J.

Leopold Loeb, Appellant, v. Augustus T. Chur and others, Respondents.—Judgment affirmed, with costs. Opinion by Van Brunt, P. J.

James A. Waddell, Respondent, v. Abraham Greenhall and another, Appellants.—Judgment reversed and new trial ordered, with costs to the appellant to abide event. Opinion by Van Brunt, P. J.

In the Matter of the Accountings of Executors and Executrix of Paran Stevens, Deceased.—Decree modified as directed in opinion, without costs to either party, and, as modified, affirmed. Opinion by Daniels, J.

In the Matter of the Accountings of Executors and Executrix of Paran Stevens, Deceased.—Appeal from order dismissed, without costs. Opinion by Daniels, J.

In the Matter of the Accountings of Executors and Executrix of Paran Stevens, Deceased.—Order reversed and decree modified so as to exclude the items from it upon which the referee has made and declared his decision, without costs to either party. Opinion by Daniels, J.

Samuel W. Nash, Jr., Respondent, v. The Silver Lake Ice Company, Appellant.—Order affirmed, with ten dollars costs and disbursements, on opinion of Ingraham, J.

The Mayor, etc., of the City of New York, Respondent, v. George Law and others, Appellants.—Judgment affirmed, with costs. Opinion Per Curiam.

William H. Hussey, Respondent, v. Weeks W. Culver and another, Appellants.—Judgment affirmed, with costs. Opinion by Van Brunt, P. J.

James W. Hill, Respondent, v. Margaret Haberkorn, Appellant.—Judgment reversed and new trial ordered, with costs to the appellant to abide event. Opinion by Bartlett, J.

Charles Hauselt, Appellant, v. David Bonner, Respondent, Impleaded, etc.—Order affirmed, with ten dollars costs and disbursements. Opinion Per Curiam.

Joshua Hendricks and others, Plaintiffs, v. Amos Morrill and others, Defendants.—Order affirmed, with ten dollars costs and disbursements. Opinion Per Curiam.

Charles E. Simmons, Appellant, v. John Bigelow and others, Respondents.—Order affirmed, with ten dollars costs and disbursements. Opinion Per Curiam.

Charles Hauselt, Appellant, v. David Bonner, Respondent, Impleaded, etc.—Order reversed, with ten dollars costs and disbursements, and motion to vacate taxation granted, without costs and without prejudice to the application suggested in opinion. Opinion Per Curiam.

Henry Degener, Appellant, v. Mary S. Stiles, Respondent, Impleaded, etc.—Order affirmed, with ten dollars costs and disbursements. Opinion Per Curiam.

Hermann Koehler, Appellant, v. The Farmers and Traders' National Bank, Respondent.—Order affirmed, with ten dollars costs and disbursements. Opinion by Van Brunt, P. J.

Ichabod T. Williams and others, Plaintiffs, v. Charles C. Colby and others, Defendants.—Order affirmed, with ten dollars costs and disbursements. Opinion by Van Brunt, P. J.

Lucy F. Wyman, Appellant, v. The Phœnix Mutual Life Insurance Company, Respondent.—Judgment reversed, new trial ordered, costs to appellant to abide event. Opinions by Van Brunt, P. J., and Daniels, J.

Henry W. Gray, Respondent, v. George T. Green, Appellant.—Judgment affirmed, with costs. Opinion by Van Brunt, P. J.

James Lyle, Respondent. v. The Manhattan Railway Company, Appellant.—Judgment affirmed, with costs. Opinion by Van Brunt, P. J.

Alicia F. Goodwin and others, Respondents, v. Thomas O'Brien, Appellant.—Judgment affirmed, with costs. Opinion by Van Brunt, P. J.

Gerritt Smith, Respondent, v. Cornelius J. Dumond, Appellant.—Judgment reversed, new trial ordered, costs to appellant to abide event. Opinion by Van Brunt, P. J.

In the Matter of George Hoffman.—Order affirmed. Opinion by Bartlett, J.

In the Matter of Max Weil.—Order affirmed. Opinion by Bartlett, J.

In the Matter of the Application of Robert C. Reeves, Sole Executor, etc., of Abraham Denike, Deceased.—Decree reversed, so far as it directs the payment of $2,000 apiece to the residuary legatees; that portion thereof which fixes the referee's fees at $132.79 also reversed and the matter of the referee's fees remitted to surrogate for retaxation; in other respects decree affirmed, but the executor should be allowed his costs and disbursements on this appeal to be paid out of the estate. Opinion by Bartlett, J.

Elizabeth Fisher, Respondent, v. William Rankin, Appellant.—Motion for reargument granted.

John Hanson, Appellant, v. Burton G. Winton, Respondent.—Judgment affirmed, with costs. Opinion by Bartlett, J.

Henry J. Burchell, Plaintiff, v. Susannah Osborne and others, Defendants.—Order of Special Term affirmed, so far as it awards the payment of the Fay mortgage, and in other respects reversed as directed in opinion. Opinion by Bartlett, J.

Julius Leszynsky, Respondent, v. Samuel H. Leszynsky, Appellant.—Judgment affirmed, with costs. Opinion by Bartlett, J.

Fritz Grossman, Respondent, v. Supreme Lodge, etc., Knights of Honor, Appellant.—Judgment and order affirmed, with costs. Opinion by Bartlett, J.

The Bowery National Bank, Plaintiff, v. Catharine Sniffen, Defendant.—Reargument ordered.

William D. Shipman and others, Respondents, v. The Bank of the State of New York, Appellant.—Order affirmed, with ten dollars costs and disbursements. Opinion by Cullen, J.

James M. Horton, Respondent, v. William H. Childs, Appellant.—Reargument ordered.

Lewis J. Powers, Respondent, v. Henry D. Clarke, Appellant.—Judgment reversed and new trial ordered, with costs to the appellant to abide event. Opinion by Van Brunt, P. J.

Stephen L. Bartlett, Respondent, v. Edward Sutorius, Appellant.—Judgment reversed and new trial ordered, with costs to appellant to abide event. Opinion by Van Brunt, P. J.

Milton P. Palmer, Respondent, v. Mary A. Dunham and others, Appellants.—Decree modified as to require a bond in the penal sum of $50,000 instead of $25,000, and as thus modified affirmed, with costs. Opinion by Bartlett, J.

The People of the State of New York ex rel. Michael Monaghan v. Stephen B. French and others.—Proceedings affirmed and writ quashed, with costs. Opinion by Van Brunt, P. J.

Charles Wood, Appellant, v. William Mitchell, Respondent.—Order affirmed, with ten dollars costs and disbursements. Opinion by Macomber, J.

Louis Zimmer, Respondent, v. The Brooklyn Sub-railway Company, Appellant.—Judgment reversed and new trial ordered, with costs to appellant to abide event. Opinion by Van Brunt, P. J.

Eugene Kelly, Respondent, v. Jay Gould and others, Appellants.—Interlocutory judgment affirmed, with costs, upon opinion of court below, with leave to defendants to withdraw their demurrer and answer within twenty days